# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 5346 | **DATE** | 8/26/2004 |
| **CASE TITLE** | London Fleet Limited vs. London Taxis North America | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## DOCKET ENTRY:

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Enter Memorandum Order. Amended Complaint ¶6 identifies the state of residence, but not the state of citizenship, of the sole member of the limited liability company included among the plaintiffs. Although that is wrong, this Court will operate on the premise that Lauren Corrigna's Connecticut residence coincides with her citizenship in that state. If such is not the case, plaintiffs' counsel must file a supplement to the Amended Complaint on or before September 10, 2004.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | |
| | No notices required. | | number of notices | | |
| ✓ | Notices mailed by judge's staff. | | AUG 3 0 2004 | | |
| | Notified counsel by telephone. | | date docketed | | |
| | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | | 17 |
| | Copy to judge/magistrate judge. | | 8/27/2004 | | |
| SN | courtroom deputy's initials | 2004 AUG 27 PM 3:18 | date mailed notice | | |
| | | FED-EX | SN | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LONDON FLEET LIMITED, INC.,        )
et al.,                            )
                                   )
                  Plaintiffs,      )
                                   )
        v.                         )        No.  04 C 5346      **DOCKETED**
                                   )
LONDON TAXIS NORTH AMERICA, INC.,  )                            AUG 3 0 2004
etc.,                              )
                                   )
                  Defendant.       )

MEMORANDUM ORDER

Counsel for plaintiffs in this action, which invokes federal
jurisdiction on diversity of citizenship grounds, have filed an
Amended Complaint ("AC") that cures the jurisdictional problems
posed by the original Complaint except in one respect:  AC ¶6
identifies the state of residence, but not the state of
citizenship, of the sole member of the limited liability company
included among the plaintiffs.  Although that is wrong (see Held
v. Held, 137 F.3d 998, 1000 (7th Cir. 1998)), this Court will
operate on the premise that Lauren Corrigan's Connecticut
residence coincides with her citizenship in that state.  If such
is not the case, plaintiffs' counsel must file a supplement to
the AC in this Court's chambers on or before September 10, 2004.

_____
Milton I. Shadur
Senior United States District Judge

Date:  August 26, 2004

17